## PAUL J. MADDEN
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 810
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0964
FACSIMILE: [718] 237-1393
e-mail: pjmlaw@aol.com

The Honorable Kijo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

August 9, 2011

U.S.A. v. Ralph Scopo
11 CR 30[KAM]

by ECF and facsimile

Dear Judge Matsumoto:

    I respectfully am writing to Your Honor to seek a temporary revision in bail conditions and for Your Honor's authorization for my client, Mr. Scopo, to walk in the pool for an hour a day for health reasons, as recommended by his doctor. Allon Lifshitz, Esq., one of the Assistant United States Attorneys who represents the government, and Pretrial Services Officer Arthur Bobiak consent to this request. Mr. Scopo should call his Pretrial Services Officer before he leaves to go to the pool and when he returns home from the pool which is within the community complex.

    Thank you on behalf of my client, Mr. Ralph Scopo, for Your Honor's consideration of this request.

Respectfully yours,

Paul Madden
Attorney for Mr. Scopo

Cc: Allon Lifshitz, Esq.
    Assistant United States Attorney [by ECF and e-mail]

    Mr. Art Bobiak
    United States Pretrial Services Officer [by ECF and facsimile]