**KEVIN J. KEATING**
ATTORNEY AT LAW
Suite 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
805 THIRD AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 964-2702

June 6, 2012

**VIA ECF**
Hon. Kiyo A. Matsumoto.
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

           Re:    *United States v. Russo, et.,al*
                  *Dkt. No. 11 CR 00030 (KEM)(RER)*

Dear Hon. Matsumoto:

      I write to provide to you an update as to the status of this matter. Yesterday, I learned that on June 3, 2012, Mr. Scopo was taken by ambulance from his home to Brookhaven Memorial Hospital. I have been advised that he remains hospitalized with a high fever and a severe infection in both of his legs. It is uncertain as to when he will be released from the hospital.

      In the meantime, I continue to review the tape recorded evidence in the case and other discovery I have been able to obtain from PACER. However, I have yet to receive any material from Mr. Madden.

      Should the Court have any questions please do not hesitate to contact me.

                                                        Very truly yours,

                                                         KEVIN J. KEATING

KJK:gd
Dictated but not read.

cc:   Elizabeth Geddes, Esq.
      Allon Lifshitz