## UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

## MEMORANDUM

**DATE:** June 13, 2012

**TO:** Honorable Kiyo A. Matsumoto
United States District Judge

**RE:** U.S.C. -v- Ralph Scopo
11cr30

Pretrial Services was notified today that the defendant's wife, Marianne Scopo needed emergency surgery and is currently in the intensive care unit of Brookhaven Memorial Hospital. Mr. Scopo who is currently on home detention with voice verification condition, is now requesting that his condition be modified to allow him to visit his wife at the hospital. The defendant's supervising officer Arthur Bobyak is currently away on training, but was advised of this request and he has no objections to this request.

Pretrial Services has contacted Brookhaven Memorial Hospital and verified that Mrs. Scopo in fact in the intensive care unit at the hospital. Pretrial Services has no objections to the defendant's request to have his bail conditions temporarily modified in order to allow the defendant to visit his wife in the hospital. If Your Honor has any questions, feel free to contact Pretrial Services Officer Donna Mackey at ext. 6404.

Prepared by: _Donna Mackey_
Donna Mackey
U.S. Pretrial Services Officer

Approved by: _Patrick Mancini_
Patrick Mancini
Supervising Pretrial Services Officer