Ralph Scopo
24 Harbour Drive
Blue Point, NY  11715

July 27, 2012

The Honorable Kiyoa Matsumoto
225 Cadman Plaza East
Brooklyn, NY  11201

DOCKET & FILE

Your Honor:

I first want to thank you for assigning me a new attorney after Mr. Madden had to be excused. I have met with Mr. Keating once at my home back in May to discuss my case.

As my trial is getting close there are several matters to discuss with my attorney.  Unfortunately, I have left seven messages with his secretary.  All seven times she has said he is with a client and will get back to me.  He never has returned my call.

I do apologize to bother you with this matter but I do not know how else to get in touch with Mr. Keating and am hopeful you might help to get him to call me back.

Sincerely,

*Ralph Scopo*
Ralph Scopo