**KEVIN J. KEATING**
ATTORNEY AT LAW
Suite 501
666 OLD COUNTRY ROAD
GARDEN CITY, NEW YORK 11530

(516) 222-1099

TELECOPIER
(516) 683-8410

MANHATTAN OFFICE:
805 THIRD AVENUE
11TH FLOOR
NEW YORK, NY 10022
(212) 964-2702

August 2, 2012

**VIA ECF**
Hon. Kiyo A. Matsumoto
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                 Re:    *United States v. Russo, et.,al*
                          *Dkt. No. 11 CR 00030 (KEM)(RER)*

Dear Judge Matsumoto:

      Due to required commitments in unrelated matters, over the last few weeks I have been unable to conference with my client, Ralph Scopo. We have, however, continued our review of all discovery material that have been provided by the Government.

      I write to advise the Court that on today's date I met with Mr. Scopo and we have continued in our attempts to review the facts and circumstances of this matter.

      Should the Court have any questions please do not hesitate to contact me.

                                        Very truly yours,

                                        KEVIN J. KEATING

KJK:gd

cc:	Elizabeth Geddes, Esq.
	Donna Mackey, Pre-Trial Services